1   FRED N. DAWSON (SBN 43306)
    Post Office Box 400
2   Fair Oaks, CA  95628
    Telephone: (916) 498-1300
3
4   Attorney for Defendant
    CHRIS RYAN ANSELL
5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.: CR-S-99-151-LKK

12           Plaintiff,
                                           **ORDER**
13       vs.

14  CHRIS RYAN ANSELL,

15           Defendant.

16

17

18      This matter came before the Court pursuant to Defendant's

19  Motion to Modify Conditions of Release.

20      Having received and reviewed the motion, and noting the

21  concurrence of the Government and the probation officer, the

22  Court hereby GRANTS the Defendant's Motion to Modify Conditions

23  of Release and hereby REMITS the balance amount of restitution

24  for Mr. Ansell to zero dollars ($0.00).

25  / / /

26

27  / / /

28

                                    1

1        Further, that all restitution monies received by the Court

2   as of the date of this order is deemed to satisfy the restitution

3   ordered in the original judgment, dated March 17, 2000, as to

4   defendant Chris Ryan Ansell.

5        IT IS SO ORDERED

6

7   DATED: September 9, 20005           /s/Lawrence K. Karlton
                                        HONORABLE LAWRENCE K. KARLTON
8                                       Senior, U.S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER